UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MANN,

                Plaintiff,

-v-

VALUE CARE RX INC., et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1295 (JPO) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

On February 16, 2021, this action was referred to the undersigned for general pretrial management. (ECF No. 5). The Complaint in this action was served on Defendants Archana Annamaneni, Hareen Karra and Value Care RX Inc. (d/b/a Rite Care RX Inc.) (collectively "Defendants") between February 22, 2021, and February 24, 2021, with Defendants' Answers due no later than March 17, 2021. (ECF Nos. 6–8). No Answers having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Friday, April 2, 2021**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Friday, April 16, 2021.**

Dated:     New York, New York
            March 26, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**